**Order entered September 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00236-CR

### OTIS GARDNER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F10-56220-Q

## ORDER

The Court **REINSTATES** the appeal.

On August 23, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On August 29, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the August 23, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
        JUSTICE